**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John J. Phillips a/k/a John J. Phillips, Jr.<br>Jenifer M. Phillips a/k/a Jenifer M. Leivers<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 19-17890 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                        Respectfully submitted,

                        /s/ Mark A. Cronin
                        Mark Cronin
                        03 Jan 2024, 11:27:23, EST

            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322