Certificate Number: 05781-PAE-DE-039387238

Bankruptcy Case Number: 19-17890



05781-PAE-DE-039387238

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 27, 2025, at 7:02 o'clock PM PST, Jenifer Phillips completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 27, 2025                By:    /s/Allison M Geving

                                         Name:  Allison M Geving

                                         Title: President