United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-17890-amc
John J. Phillips  Chapter 13
Jenifer M. Phillips
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 3
Date Rcvd: Mar 03, 2025   Form ID: 138OBJ   Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John J. Phillips, Jenifer M. Phillips, 4131 Garrett Road, Drexel Hill, PA 19026-3612 |
| 14442052 | | Crozer Keystone Health System, P.O. Box 8500-6355, Philadelphia, PA 19178-6355 |
| 14442047 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14442056 | + | Kidsteeth, 700 S. Chester Road, Swarthmore, PA 19081-2224 |
| 14442058 | + | Meenan Oil, 8301 Lansdowne Avenue, Upper Darby, PA 19082-5499 |
| 14442059 | + | Michael P. Quinn, Esquire, 301 Haverford Avenue, P.O. Box 342, Narberth, PA 19072-0342 |
| 14442060 | | Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Coppell, TX 75019 |
| 14843768 | + | Nationstar Mortgage LLC, c/o Mark A. Cronin, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14442061 | + | Phelan Hallinan Diamond & Jones, LLP, One Penn Center at Suburban Station, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14670700 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14442062 | + | Upper Darby Township, c/o John McMullan, Finance Director, 100 Garrett Road, Upper Darby, PA 19082-3135 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 04 2025 01:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 04 2025 01:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14458009 | | Email/PDF: bncnotices@becket-lee.com | Mar 04 2025 03:28:53 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14442051 | + | Email/PDF: bncnotices@becket-lee.com | Mar 04 2025 03:28:53 | Capital One, N.A., c/o Beckett and Lee LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 14442054 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 04 2025 01:41:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14442053 | + | Email/Text: ECMCBKNotices@ecmc.org | Mar 04 2025 01:41:00 | Educational Credit Management Corp., P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14460794 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 04 2025 01:41:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14442050 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Mar 04 2025 01:41:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 14442055 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Mar 03, 2025 | Form ID: 138OBJ | Total Noticed: 23

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 04 2025 01:42:00 | Jefferson Capital Systems, LLC, 16 Mcleland Road, Saint Cloud, MN 56303-2198 |
| 14442057 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 04 2025 01:41:00 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14843688 | ^ | MEBN | Mar 04 2025 01:15:27 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14445577 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 04 2025 01:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14467004 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14442049 | *+ | Jenifer M. Phillips, 4131 Garrett Road, Drexel Hill, PA 19026-3612 |
| 14442048 | *+ | John J. Phillips, 4131 Garrett Road, Drexel Hill, PA 19026-3612 |
| 14447581 | ##+ | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, c/o KRISTEN D. LITTLE, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| DAVID B. SPITOFSKY | on behalf of Debtor John J. Phillips spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DAVID B. SPITOFSKY | on behalf of Joint Debtor Jenifer M. Phillips spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KRISTEN D. LITTLE | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2025 | Form ID: 138OBJ | Total Noticed: 23 |

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER KRLITTLE@FIRSTAM.COM

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 138OBJ* (6/24)−doc 41 − 39

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   John J. Phillips | ) | Case No. 19−17890−amc |
|   aka John J. Phillips Jr. | ) | |
| | ) | |
|   Jenifer M. Phillips | ) | Chapter: 13 |
|   aka Jenifer M. Leivers | ) | |
|   Debtor(s). | ) | |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 3, 2025

For The Court

Timothy B. McGrath
Clerk of Court